In the Matter of Proving the Last Will and Testament of Richard W. Smith, Deceased. John C. Smith and Charlotte Crandell, Appellants; Edward Coutant and Clinton Scoville, Executors, etc., of Richard W. Smith, Deceased, Respondents.— Decree unanimously affirmed, with costs.

Malone, Fort Covington and Hopkins Point Railroad Company, Appellant, v. Spuyten Duyvil Construction Company and Others, Respondents.— Judgment and order unanimously affirmed, with costs.

John McCormick, Respondent, v. Jessie M. Thompson, Impleaded with James M. Thompson, Appellant.—Judgment and order unanimously affirmed, with costs.

The People of the State of New York ex rel. Manhattan-Hudson Realty Company v. Clark Williams, as Comptroller of the State of New York.— Determination unanimously confirmed, with fifty dollars costs and disbursements.

The People of the State of New York, Respondent, v. John W. Burdick, Appellant.— Judgment and order unanimously affirmed, with costs. Betts, J., not sitting.

Ephraim D. Schoonmaker, Respondent, v. John H. Gregory and Andrew N. Barnes, Appellants.— Judgment and order unanimously affirmed, with costs.

Elizabeth Schultz, as Administratrix, etc., of Elizabeth Amelia Schultz, Deceased, Respondent, v. The Erie Railroad Company, Appellant.— Judgment and order unanimously affirmed, with costs.

Leonie Sabourin, an Infant, by John Sabourin, Her Guardian ad Litem, Suing as a Poor Person, Appellant, v. James E. Kelly and Others, Respondents.— Judgment and order affirmed, on authority of *Hungerford* v. *Village of Waverly* (125 App. Div. 311; 131 id. 919; affd., 200 N. Y. 551); *Scott* v. *Village of Saratoga Springs* (199 id. 178). All concurred.

Alice W. Smith, as Administratrix, etc., of Clark M. Smith, Deceased, Respondent, v. The Travelers' Insurance Company, Appellant.— Judgment and orders reversed as against the weight of evidence, and new trial granted, with costs to appellant to abide event. All concurred.

Charles H. Turner, Respondent, v. Edwin R. Bryant, Appellant, Impleaded with Charles A. Burke.— Judgment affirmed, with costs. Order affirmed, with ten dollars and disbursements, with the privilege to the defendant of taking advantage of the order so affirmed, within thirty days, upon the terms therein named, and the payment of the costs awarded on these appeals. All concurred.

Frank A. Taylor, as Trustee in Bankruptcy of William H. Nichols, Respondent, v. Thomas H. Nevins and William Nevins, Appellants.— Order affirmed, with costs. All concurred, Houghton, J., concurring in result only, except Sewell, J., dissenting.

The Village of Mooers, Appellant, v. Patrick L. Mahan, Respondent.— Order affirmed, with ten dollars costs and disbursements. All concurred.